IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JIN WANG | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.: 3:17-cv-00238 |
| | § | |
| INEOS USA LLC | § | |
| | § | |
| Defendant. | § | JURY TRIAL DEMANDED |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Jin Wang ("Plaintiff") and Defendant INEOS USA LLC ("Defendant") file this Notice that the Parties have reached a tentative confidential settlement of all of the issues between them. The Parties anticipate filing a Joint Stipulation of Dismissal with Prejudice within the next thirty (30) days.

Accordingly, the Parties respectfully request that the court stay all current deadlines in this matter and/or enter a conditional order of dismissal, pending final dismissal.

Respectfully submitted,

**OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.**

/s/ *Stephen E. Hart*

Stephen E. Hart
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
State Bar No. 00793911
S.D. Tex. No. 19382
500 Dallas Street, Suite 3000
Houston, Texas  77002
713/655-0855
713/655-0020 (FAX)
Email: stephen.hart@ogletreedeakins.com

**ATTORNEY FOR DEFENDANT
INEOS USA LLC**

*/s/Nitin Sud\**

**Nitin Sud**
Sud Law P.C.
State Bar No. 24051399
S.D. Tex. No. 611307
6750 West Loop South
Suite 920
Bellaire, Texas 77401
Phone: 832-623-6420
Email: nsud@sudemploymentlaw.com

**ATTORNEY FOR PLAINTIFF JIN WANG**

*signed with permission

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 15th day of August, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Nitin Sud
SUD LAW P.C.
6750 West Loop South, Suite 920
Bellaire, Texas 77401

*/s/ Stephen E. Hart*
Stephen E. Hart
