IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JIN WANG | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.: 3:17-cv-00238 |
| | § | |
| INEOS USA LLC | § | |
| | § | |
| Defendant. | § | JURY TRIAL DEMANDED |

## JOINT AND AGREED MOTION TO DISMISS WITH PREJUDICE

Plaintiff Jin Wang ("Plaintiff") and Defendant INEOS USA LLC ("Defendant") file this Joint and Agreed Motion to Dismiss with Prejudice and move the Court for a dismissal of all causes of action raised or which could have been raised in this case, with prejudice against the Plaintiff to re-file the same. All costs of court and/or attorneys' fees incurred by the parties will be paid by the parties incurring them.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendant respectfully request that all causes of action raised or which could have been raised in the above entitled and numbered case be dismissed with prejudice and that each party will be held responsible for the costs of court and attorneys' fees that they each incurred.

Respectfully submitted,

**OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.**

/s/ *Stephen E. Hart*

Stephen E. Hart
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
State Bar No. 00793911
S.D. Tex. No. 19382
500 Dallas Street, Suite 3000
Houston, Texas  77002
713/655-0855
713/655-0020 (FAX)
Email: stephen.hart@ogletreedeakins.com

**ATTORNEY FOR DEFENDANT
INEOS USA LLC**

*/s/Nitin Sud\**

**Nitin Sud**
Sud Law P.C.
State Bar No. 24051399
S.D. Tex. No. 611307
6750 West Loop South
Suite 920
Bellaire, Texas 77401
Phone: 832-623-6420
Email: nsud@sudemploymentlaw.com

**ATTORNEY FOR PLAINTIFF JIN WANG**

*signed with permission

## CERTIFICATE OF SERVICE

I hereby certify that on this the 4th day of September, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Nitin Sud
SUD LAW P.C.
6750 West Loop South, Suite 920
Bellaire, Texas 77401

/s/ Stephen E. Hart
Stephen E. Hart