United States District Court
Southern District of Texas
**ENTERED**
September 05, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JIN WANG | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.: 3:17-cv-00238 |
| | § | |
| INEOS USA LLC | § | |
| | § | |
| Defendant. | § | JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL WITH PREJUDICE

The Parties' Joint and Agreed Motion to Dismiss with Prejudice is GRANTED. All causes

of action raised or which could have been raised by Plaintiff Jin Wang in this case are dismissed

with prejudice. All costs of court and/or attorneys' fees incurred by the parties will be paid by the

parties incurring them.

SIGNED this ____ day of __September__ , 2018.


_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE